IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REBECCA L. PLUTH, | CASE NO. 8:09CV126 |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL J. ASTRUE, as Commissioner of the Social Security Administration, | |
| Defendant. | |

This matter is before the Court on the Plaintiff's Unresisted Motion for Enlargement of Time to File Plaintiff's Brief (Filing No.13).  The Plaintiff requests an extension of time to file her brief, from July 16, 2009, until August 17, 2009.  The Plaintiff asserts in her motion that the Defendant's counsel has been contacted and has no objection to an enlargement of time.  The Court finds the motion should be granted.

IT IS ORDERED:

1. The Plaintiff's Unresisted Motion for an Enlargement of Time (Filing No. 13) is granted;

2. The Plaintiff shall file her brief in support of her appeal on or before August 17, 2009; and

3. The Defendant shall file his responsive brief on or before September 14, 2009.

DATED this 14th day of July, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge