IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **REBECCA L. PLUTH,** | ) | **CASE NO. 8:09CV126** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, as** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's Unopposed Motion to Extend Time to File her Brief (Filing No.15). On July 14, 2009, the Court granted the Plaintiff an extension of time until August 17, 2009 (Filing No. 14). The Plaintiff now requests an extension of time from August 17, 2009, until September 16, 2009. (Filing No. 15.) The Plaintiff asserts in her motion that the Defendant's counsel has been contacted and has no objection to an enlargement of time.[1] The Court finds the motion should be granted.

IT IS ORDERED:

1. The Plaintiff's Unopposed Motion to Extend Time to File her Brief (Filing No.15) is granted;

2. The Plaintiff shall file her brief in support of her appeal on or before September 16, 2009;

3. The Defendant shall file his responsive brief on or before October 14, 2009; and

---

[1] The Plaintiff also requests that the Defendant be granted a similar extension of time to file his brief. (*See* Filing No. 15.) The Court notes that should the Defendant need additional time beyond the time allotted to file his brief, the Defendant may move for such an extension, in compliance with the Court's Local Rules.

4.      This case will be ripe for decision on October 15, 2009.

DATED this 10th day of August, 2009.

                                    BY THE COURT:

                                    s/Laurie Smith Camp
                                    United States District Judge